ENTER JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ADAN CARRERA CARDENAS, | No. SA CV 08-00762-AHM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| M. S. EVANS, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 7/18/08

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE